## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action as to all Defendants, with each party bearing their own attorney's fees and costs. The future hearings on this matter are hereby vacated. The Court retains jurisdiction over the parties to enforce the terms of their November 17, 2025, settlement agreement.

Dated: ~~November ___, 2025~~ December 23, 2025

RICHARD SEEBORG

UNITED STATES CHIEF DISTRICT JUDGE